UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   **ORIGINAL**
----------------------------------------x
DENNIS J. MCGOWAN,

        Plaintiff,

-against-

VILLAGE OF SUFFERN, CLARKE OSBORNE, Chief of the Village of Suffern Police Department, SGT. JOHN M. BONKOSKI, SGT. DAVID TARANTINO, P.O. JOHN J. MCGEE, P.O. CRAIG E. YUSTEIN, and P.O. RICHARD L. MARSH,

        Defendants.
----------------------------------------x

Docket No.: 08 Civ. 5986 (WCC)
ECF CASE

PARTIAL STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the Second, Third, Fourth, Fifth counts, and the first count of two that are labeled "Sixth," of plaintiff's complaint are hereby discontinued with prejudice as against all defendants, without costs to any party as against another.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
       July 18, 2008

| | |
|---|---|
| MICHAEL R. SCOLNICK, P.C.<br>Attorneys for Plaintiff<br>175 Burrows Lane<br>Blauvelt, NY 10913<br>(845) 354-9339<br>By: _____<br>Michael R. Scolnick (MS-9984) | MIRANDA SOKOLOFF SAMBURSKY<br>SLONE VERVENIOTIS LLP<br>Attorneys for Defendants<br>240 Mineola Boulevard<br>Mineola, New York 11501<br>(516) 741-7676<br>Our File No.: 97-202<br>By: _____<br>Adam I. Kleinberg (AIK-0468) |

SO-ORDERED: _William C. Conner_
Sr. U.S.D.J.
Dated: White Plains, NY
July 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for Δs
AND E-MAILED TO π's COUNSEL