ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| DENNIS J. MCGOWAN,<br><br>                    Plaintiff,<br><br>-against-<br><br>VILLAGE OF SUFFERN, CLARKE OSBORNE, Chief of the Village of Suffern Police Department, SGT. JOHN M. BONKOSKI, SGT. DAVID TARANTINO, P.O. JOHN J. MCGEE, P.O. CRAIG E. YUSTEIN, and P.O. RICHARD L. MARSH,<br><br>                    Defendants. | Docket No.: 08 Civ. 5986<br>(WCC)<br>ECF CASE<br><br>**STIPULATION<br>EXTENDING TIME<br>TO ANSWER** |

----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein, that the defendants' time to answer, appear or move with respect to the complaint in the above-captioned action is extended to and including August 17, 2008.

**IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
           July 16, 2008

| | |
|---|---|
| MICHAEL R. SCOLNICK, P.C.<br>Attorneys for Plaintiff<br>175 Burrows Lane<br>Blauvelt, NY 10913<br>(845) 354-9339<br><br>By: _____<br>    Michael R. Scolnick (MS-9984) | MIRANDA SOKOLOFF SAMBURSKY<br>SLONE VERVENIOTIS LLP<br>Attorneys for Defendants<br>240 Mineola Boulevard<br>Mineola, New York 11501<br>(516) 741-7676<br>Our File No.: 07-202<br><br>By: _____<br>    Adam I. Kleinberg (AJK-0468) |

SO-ORDERED:
_William C. Conner_
Sr. U.S.D.J.

Dated: White Plains, NY
         July 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for A&P
AND E-MAILED TO π's COUNSEL

TOTAL P.005